In the Matter of WILLIAM SCHWEIG, Appellant, against BEATRICE S. WALTZER, Respondent.— Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *post*, p. 1065.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRED J. HEALY, JR., Respondent, against SPENCE-CHAPIN ADOPTION SERVICE, Appellant.— No opinion. Settle order on notice providing the time and place for the delivery of the child to the relator. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

ED G. NELSON et al., Respondents-Appellants, v. MILLS MUSIC, INC., Appellant-Respondent, and "JANE" PEASE, as Executrix of HARRY PEASE, Deceased, Impleaded Defendant-Respondent-Appellant.— No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [Judgment and order awarded damages to plaintiffs and impleaded defendant.]

DORA ROSENBAUM, Respondent, v. SQUARE COAL CORP., Defendant and Third-Party Plaintiff-Respondent. PETER W. LIPARI et al., Third-Party Defendants, and HYMAN KATZ, Third-Party Defendant-Appellant.— Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *post*, p. 1065.]

JOHN M. WINTERS, Respondent, v. ALMA HENZE et al., Individually and as Executors and Trustees under the Will of JOHN WINTERS, Deceased, et al., Appellants.— No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

MAJESTIC DRUG CO., INC., Respondent, v. LOUIS GRINGER, Appellant.— While it may be questionable whether the alleged oral stipulation of settlement became an enforcible contract, there would at least appear to be an issue to be tried as to the delivery and acceptance of the written lease so as to constitute an enforcible contract. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.